# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| GLOBAL HEALTH SCIENCES, *et al.*<br><br>Debtors. | CV 04-01486 TJH |
| NZMP (USA), INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD D. MARCONI, *et al.*,<br><br>Defendants. | Order and Judgment<br>(JS-6) |

The Court, having considered all of the evidence and the parties' briefs and having issued Findings of Fact and Conclusions of Law, issues the following judgment.

It is Ordered, Adjudged and Decreed that judgment be, and hereby is, Entered in favor of Cross-Defendants Richard D. Marconi, Paul Buxbaum and BGA Consulting and against Cross-Claimants Fred Siegel, Blossom Siegel, and Elaine Berke .

Case 8:04-cv-01486-TJH-FFM   Document 428   Filed 08/15/08   Page 2 of 2   Page ID #:3652

It is further Ordered, Adjudged and Decreed that Cross-Claimants shall take nothing and that each party shall bear their own costs.

Dated:   August 14, 2008

_____
Terry J. Hatter, Jr.
Senior United States District Judge